

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Richmond Division

| UNITED STATES OF AMERICA | ) | Criminal Action No. 3:21CR **57** |
|---|---|---|
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | Possession of a Firearm and Ammunition |
| OMARI MASON, | ) | by a Convicted Felon |
| | ) | (Count One) |
| Defendant. | ) | |
| | ) | 21 U.S.C. §§ 841(a)(1), (b)(1)(C) |
| | ) | Possession With Intent to Distribute |
| | ) | Fentanyl and Eutylone |
| | ) | (Count Two) |
| | ) | |
| | ) | Forfeiture Allegation |

May 2021 Term – at Richmond, Virginia

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE
(Possession of a Firearm and Ammunition by a Convicted Felon)

On or about August 19, 2020, in the Eastern District of Virginia, the defendant, OMARI MASON, having knowingly been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did unlawfully and knowingly possess a firearm, namely a Glock, Model 22 Gen4, .40 caliber, semi-automatic pistol, bearing serial number UPL630, that had been shipped and transported in interstate and foreign commerce.

(In violation of Title 18, United States Code, Section 922(g)(1)).

## COUNT TWO
(Possession with the Intent to Distribute Fentanyl and Eutylone)

On or about August 19, 2020, in the Eastern District of Virginia, the defendant, OMARI MASON, did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amounts of fentanyl, a Schedule II controlled substance, and eutylone, a positional isomer of pentylone, a Schedule I controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) and 21 C.F.R. Section1308.1l(d)(64)).

## FORFEITURE ALLEGATION

Pursuant to Rule 32.2(a) Fed. R. Crim. P., the defendant is hereby notified that if convicted of the offense charged in Count One of this Indictment, he shall forfeit any firearms or ammunition involved in or used in any knowing violation of the offense charged.

The defendant is further notified that upon conviction of the offense charged in Count Two of this Indictment, he shall forfeit any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the offense charged; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense charged. Property subject to forfeiture includes, but is not limited to:

(1) a Glock, Model 22 Gen4, .40 caliber, semi-automatic pistol, bearing serial number UPL630; and

(2) all accompanying ammunition.

(In accordance with Title 18, United States Code, Section 924(d), incorporated by Title 28, United States Code, Section 2461(c)) and Title 21, United States Code, Section 853).

A TRUE BILL:

FOREPERSON

RAJ PAREKH
Acting United States Attorney

By: _____
Kenneth R. Simon, Jr.
Assistant United States Attorney

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office