IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CRIMINAL NO. 3:21-CR-00057-HEH |
| | ) | |
| OMARI MASON | ) | |

**PETITION AND ORDER**
**FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

Upon representation of the United States Attorney for this District that the captioned defendant, **OMARI MASON, DOB:** ▮▮▮▮▮▮▮▮ must appear in the United States District Court for the Eastern District of Virginia at Richmond, Virginia, to answer certain charges pending against him, and it being further represented that the said defendant is currently in custody;

It is hereby **ORDERED** that a writ of habeas corpus ad prosequendum be issued forthwith, to be directed to the **Superintendent** of the **Riverside Regional Jail, 500 Folar Trail, North Prince George, Virginia, 23860, (804) 524-6600**, to surrender the body of the above-named defendant into the custody of the United States Marshal for the Eastern District of Virginia, who shall produce the same before this Court on **March 25, 2022 at 2:15 p.m.,** and at such other times as this Court may direct, and to be thereafter forthwith returned by the said United States Marshal to the above-referenced institution and custody.

Date: March 14, 2022

/s/ MRC
Mark R. Colombell
United States Magistrate Judge

In Richmond, Virginia
I ask for this:

/s/ Kenneth R. Simon, Jr.
Kenneth R. Simon, Jr.
Assistant United States Attorney