To whom this may concern I, myself Omari Heisavn Mason is writing to honerable Judge Henery E. Hudson Senior United States Disrict Judge. In regards to my Judgment in a criminal case, I pray that the honerable Judge amend my Judgment on the basis of 'your Honor gave me credit for time that I was in U.S. Marshalls custody which was about 9 or 10 months.

also 'I have completed a Drug Education Program also enrolled and currently taking other programs.

'I have a Job in facillities working as a plumber doing plumbing detail striving towards aprentise ship.

'Im also striving to get my G.E.D currently enrolled waiting on available space.

'That I did'nt use the FireArm in a violent manner or did not bring harm to any person.

'Currently only getting 2 days of Jail credit when offense happened in 2020 on 8·19, committed in '23

'I have started taking mental health classes and I genvinly want better for myself and my kids.

'Also im not a citizen under the magna charter k of C KKK oath and prays that the honerable Judge Hudson please amend my Judgment.

I pray the Judge will consider all of the above of specifying dates of credit to be given please and thank-you.

To be noted Section 603 of the first step Act changed that by allowing defendants to petition courts for relief directly, rather than leaving that power solely in the hands of the BOP. Amended by the First Step Act, § 3582(c)(1) now authorizes courts to grant relief whenever extraordinary and compelling reasons warrants a reduction, consistent with the Sentencing factors outlined in 18 U.S.C. § 3553(a) and appliable Policy statements issued by the Commission.

/s/ Omari Mason

OMARI Keisaun Mason

Entered this 11th day of May 2023.

Salters, South Carolina



RECEIVED MAY 2 2 2023 CLERK, U.S. DISTRICT COURT RICHMOND, VA